IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| YASHEAM WASHINGTON | : | NO. 19-291 |

<u>ORDER</u>

AND NOW, this 10th day of September, 2025, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) The motion of Yasheam Washington under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence (Doc. #139) is DENIED;

(2) No evidentiary hearing will be held; and

(3) No certificate of appealability is issued.

BY THE COURT:

/s/ Harvey Bartle III
                                 J.